1   ELIZABETH A. STRANGE
    First Assistant United States Attorney
2   District of Arizona
    NATHANIEL J. WALTERS
3   Assistant U.S. Attorney
    Arizona State Bar No. 029708
4   ANNA R. WRIGHT
    Assistant U.S. Attorney
5   United States Courthouse
    405 W. Congress Street, Suite 4800
6   Tucson, Arizona 85701
    Telephone:  520-620-7300
7   Email: nathaniel.walters@usdoj.gov
    Attorneys for Plaintiff
8

```
┌─────────────────────────────────────┐
│ _____ FILED     _____ LODGED       │
│ _____ RECEIVED  _____ COPY         │
│ 9        DEC - 6 2017            9    │
│    CLERK U S DISTRICT COURT          │
│      DISTRICT OF ARIZONA             │
│ BY_____ DEPUTY            │
└─────────────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America, | Mag. No. **17-00340 MJ** |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| vs. | Violations: |
| 1. Caitlin Persis Deighan,<br>(Counts 1 and 2) | 50 C.F.R. § 35.5<br>(Operating a Motor Vehicle in a<br>Wilderness Area)<br>Count 1 |
| 2. Zoe E. Anderson,<br>(Count 2) | |
| 3. Logan Thomas Hollarsmith,<br>(Count 2) | 50 C.F.R. § 26.22(b)<br>(Entering a National Wildlife Refuge<br>Without a Permit)<br>Count 2 |
| 4. Rebecca Katie Grossman-Richeimer,<br>(Count 2) | |
| | (CLASS B MISDEMEANORS) |
| Defendants. | |

THE UNITED STATES ATTORNEY ALLEGES:

### <u>COUNT 1</u>

On July 19, 2017, in the Cabeza Prieta National Wildlife Refuge, in the District of Arizona, CAITLIN PERSIS DEIGHAN used a motor vehicle in a wilderness area designated by federal law without lawful authority in violation of Title 16, United States Code, Section 668dd(c) and (f)(2), and Title 50, Code of Federal Regulations, Section 35.5.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT 2

On July 19, 2017, in the Cabeza Prieta National Wildlife Refuge, in the District of Arizona, CAITLIN PERSIS DEIGHAN, ZOE E. ANDERSON, LOGAN THOMAS HOLLARSMITH, and REBECCA KATIE GROSSMAN-RICHEIMER, the defendants herein, entered a national wildlife refuge without a permit in violation of Title 16, United States Code, Section 668dd(c) and (f)(2), and Title 50, Code of Federal Regulations, Section 26.22(b).

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

12/6/17
Date

NATHANIEL J. WALTERS
Assistant U.S. Attorney