EXHIBIT A

1. Daniel E. Martinez, Robin C. Reineke, Raquel Rubio-Goldsmith and Bruce O Parks. *Structural Violence and Migrant Deaths: Data from the Pima County Office of the Medical Examiner, 1990-2013.* Center for Migration Studies of New York (Vol. 2, No. 4, 2014).

2. Tim Ruttan • Uwe Stolz • Sara Jackson-Vance • Bruce Parks • Samuel M. Keim. *Validation of a Temperature Prediction Model for Heat Deaths in Undocumented Border Crossers.* J Immigrant Minority Health (2013) 15:407–414.

3. Sanjeeb Sapkota, MBBS, MPH, Harold W. Kohl III, PhD, Julie Gilchrist, MD, Jay McAuliffe, MD, MPH, Bruce Parks, MD, Bob England, MD, MPH, Tim Flood, MD, C. Mack Sewell, DrPH, Dennis Perrotta, PhD, Miguel Escobedo, MD, MPH, Corrine E. Stern, DO, David Zane, MS, and Kurt B. Nolte, MD. *Unauthorized Border Crossings and Migrant Deaths:Arizona, New Mexico, and El Paso, Texas, 2002–2003.* American Journal of Public Health | July 2006, Vol 96, No. 7. 4.

4. Samuel M. Keim,Mary Z. Mays, Bruce Parks,1,3 Erik Pytlak, Robin M. Harris, and Michael A. Kent. Estimating *the Incidence of Heat-Related Deaths Among Immigrants in Pima County, Arizona.* Journal of Immigrant and Minority Health, Vol. 8, No. 2, April 2006.

5. A. R. Bain, N. C. Lesperance and O. Jay. *Body heat storage during physical activity is lower with hot fluid ingestion under conditions that permit full evaporation.* Acta Physiol 2012, 206, 98–108.

6. Beatrice, Jared S., Soler, Angela. *Skeletal Indicators of Stress: A Component of the* Biocultural *Profile of Undocumented Migrants in Southern Arizona.* Journal of Forensic Sciences, American Academy of Forensic Sciences. *J.Forensic Sci*, September 2016, Vol. 61, No. 5.

7. Brian,Tara and Laczko, Frank. *International Organization for Migration. Fatal Journeys* - Tracking *Lives Lost During Migration.* (2014).

8. Brian,Tara and Laczko, Frank. *International Organization for Migration. Fatal Journeys* – Identification *and Tracing of Dead and Missing Migrants.* (2016).

9. Laczko, Frank, Singletion, Ann and Black, Julia. *International Organization for Migration. Fatal Journeys – Improving Data on Missing Migrants*. (2017).

10. 1994 Border Patrol Strategic Plan, United States Border Patrol.

11. Pima County Office of the Medical Examiner – Annual Report 2015.

12. Pima County Office of the Medical Examiner – Annual Report 2016.

13. Pima County Office of the Medical Examiner – Annual Report 2017.

14. Department of Homeland Security, U.S. Customs and Border Protection. *Fiscal Year 2016 Report to* Congress – *Search and Rescue Efforts for FY 2015.*

15. Department of Homeland Security, U.S. Customs and Border Protection. *Fiscal Year 2017 Report to* Congress – *Search and Rescue Efforts for FY 2016.*

16. Recovered Human Remains data, charts, and maps, including the interactive map at: http://www.humaneborders.info/app/map.asp

17. US Dept of Interior Cabeza Prieta National Wildlife Refuge - Vehicle Trails Final Report, 2011-07-21.